| | |
|---|---|
| **MANSFIELD OIL COMPANY OF GAINESVILLE, INC.,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **Vs.** | ) ) |
| **ANDY P. JORDAN; DEBORAH DUPUIS; WNC STORES, LLC; and WNC SOLO, INC.,** | ) ) ) |
| **Defendants.** | ) **ORDER** |
| _____ | ) |
| **WNC STORES, LLC; WNC SOLO, INC., formerly known as Market Center, Inc.; and WHITE'S SOLO, LLC,** | ) ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **Vs.** | ) ) |
| **MANSFIELD OIL COMPANY OF GAINESVILLE, INC.,** | ) ) ) |
| **Defendant.** | ) ) |
| _____ | ) |

**THIS MATTER** is before the court on the joint Motion for Status Conference.

For good cause shown, the request will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Status Conference (#25) is **ALLOWED**, and this matter is set for a status conference on Tuesday, November 9, 2009, at 2 p.m. in Courtroom #2, at which the court will discuss with respective counsel whether this action should be stayed in light of the appeals and any other topic the parties may have.

Signed: October 26, 2009

Dennis L. Howell
United States Magistrate Judge