# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:09cv205
#### [consolidating 1:09cv205 and 2:09cv33]

| | | |
|---|---|---|
| **MANSFIELD OIL COMPANY OF GAINESVILLE, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| **ANDY P. JORDAN; DEBORAH DUPUIS; WNC STORES, LLC; and WNC SOLO, INC.,** | ) | |
| | ) | |
| Defendants. | ) | **AMENDED ORDER** |
| _____ | | |
| | | |
| **WNC STORES, LLC; WNC SOLO, INC., formerly known as Market Center, Inc.; and WHITE'S SOLO, LLC,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| **MANSFIELD OIL COMPANY OF GAINESVILLE, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      **THIS MATTER** is before the court on the joint Motion for Status Conference.

For good cause shown, the request will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Status Conference (#25) is **ALLOWED**, and this matter is set for a status conference on **Monday**, November 9, 2009, at 2 p.m. in Courtroom #2, at which the court will discuss with respective counsel whether this action should be stayed in light of the appeals and any other topic the parties may have.

Signed: October 27, 2009

Dennis L. Howell
United States Magistrate Judge