# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv205
# [consolidating 1:09cv205 and 2:09cv33]

| | | |
|---|---|---|
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | 1:09 cv 205 |
| Vs. | ) ) | |
| ANDY P. JORDAN; DEBORAH DUPUIS; WNC STORES, LLC; and WNC SOLO, INC., | ) ) ) | |
| Defendants. | ) | |
| _____ | | **ORDER** |
| WNC STORES, LLC; WNC SOLO, INC., formerly known as Market Center, Inc.; and WHITE'S SOLO, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) ) | 2:09 cv 33 |
| MANSFIELD OIL COMPANY OF GAINESVILLE, INC., | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the court on the court's Order entered in this matter setting a hearing in regard to a Motion to Dismiss and/or Transfer (#23). This court

-1-

entered an order on May 20, 2010 directing a hearing which was scheduled for June 21, 2010 at 2:00 o'clock. Counsel for plaintiffs requested the court continue the hearing and the hearing was continued June 28, 2010. At the call of this matter on for hearing, the parties advised this matter had been settled and compromised in all respects except for the signing of various documents and it was expected that those documents would be signed on or before July 19, 2010. To give the parties an opportunity to get all of the settlement documents signed and this case dismissed, the undersigned has determined to enter an order continuing the hearing until July 19, 2010 at 9:30 o'clock a.m.

# ORDER

**IT IS, THEREFORE, ORDERED** that the hearing that had been originally scheduled in this matter in the Order (#49) filed on May 20, 2010 is hereby continued until July 19, 2010, at 9:30 a.m.

Signed: July 1, 2010

Dennis L. Howell
United States Magistrate Judge